■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN GONZALEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 13, 1978, convicting him of robbery in the third degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's

assigned counsel that there are no meritorious grounds which could be raised on this appeal. Accordingly, counsel is relieved (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Hopkins, J. P., Titone, Gibbons and Cohalan, JJ., concur.